### (October 26, 1972)

In the Matter of PADEREWSKI FOUNDATION, INC., et al., Petitioners, v. GEORGE J. SUSKI et al., Respondents.— Application of petitioners unanimously denied, and the cross-motion of Hon. Louis J. Lefkowitz, Attorney-General of the State of New York, and the motion of respondents George J. Suski, et al. granted to the extent of dismissing the petition, without costs and without disbursements. No opinion. Concur — Stevens, P. J., Markewich, Murphy and Capozzoli, JJ.

In the Matter of BERNARD GOODMAN, Appellant, v. BOARD OF ELECTIONS OF THE CITY OF NEW YORK and EDWIN M. MULHOLLAND, Respondents.— Judgment, Supreme Court, New York County, entered on October 19, 1972, unanimously affirmed, without costs and without disbursements. No opinion. Concur — McGivern, J. P., Nunez, Steuer, Tilzer and Capozzoli, JJ.